IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LAUREN CHRISS                                                                    PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 1:08-cv-1513-HSO-JMR

DAVID ALLISON & STEVE GARBER                                          DEFENDANTS

FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [33-1] entered in this cause on February 11, 2010. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact on Plaintiff's claims brought against them, Defendants are entitled to judgment as a matter of law pursuant to FED. R. CIV. P. 56. Therefore, Defendants' Motions for Summary Judgment [23-1] and for Qualified Immunity [24-1] filed August 3, 2009, should be and are hereby **GRANTED,** and Plaintiffs' claims against Defendants in their individual and official capacities are dismissed with prejudice. All remaining pending motions are hereby denied as moot.

**SO ORDERED AND ADJUDGED**, this the 8th day of March, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE